IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01545-LTB

UNITED STATES OF AMERICA,

       Petitioner,

v.

JAMES M. HERBIC,

       Respondent.

_____

**ORDER OF DISMISSAL**
_____

       Upon consideration of respondent's Motion to Dismiss filed September 29, 2005, this action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1).  The hearing set September 30, 2005 is VACATED.

       Entered this   29th   day of   September  , 2005.

                              BY THE COURT:


                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK
                              UNITED STATES DISTRICT JUDGE